## ALABAMA MIDLAND RAILWAY COMPANY v. HATCHER.

FISH, J. 1. Under previous rulings of this court, "Whether the commission of, or omission to do, particular acts by a railroad company was negligence as to one who has been injured by the running and operation of a train of cars, must, as a general rule, be determined by a jury; and it is error for the judge, on the trial of a case brought to recover damages for such injuries, to charge the jury that the omission to do a certain act was negligence, when not expressly made so by law." *Central of Georgia Ry. Co.* v. *McKenney*, 116 *Ga.* 13, and cases cited.

2. The other charges of which complaint was made were not erroneous for any reason assigned in the petition for certiorari.

*Judgment reversed. All the Justices concurring, except Lumpkin, P. J., absent.*

*Hawes & Hawes*, for plaintiff in error.
*J. H. Gilpin* and *A. H. Russell*, contra.